FILE COPY

*I, PAM ESTES, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Ronald Masten, et al, Plaintiffs in the trial court secured an extension of seventeen (17) days in which to file Appellees' Brief in the following numbered and entitled cause:

**The Good Shepherd Hospital, Inc.**

**No. 12-13-00005-CV**          ***vs.***

**Ronald Masten, et al**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 28th day of September 2015, A.D.

Respectfully yours,

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk